IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
09/07/2026
Clerk, U.S. District Court
By: NAC Deputy Clerk

Anthony Ekeh
_______________
_______________
(Enter above the full name of the Plaintiff(s)

vs.

Case Number 6:26-cv-1272

KHP- Brian Grunder, KPO- Bogo and others
Name
122 SW 7th Street,
Street and number
Topeka KS 66603
City State ZipCode

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Anthony Ekeh

Address 2688 Rice Street

Saint Paul, MN. 55113.

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant KHP Brian Grunder is employed at Kansas Highway Patrol

C. Additional Defendants KPO Bogo and Others
Kansas State Police

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of ____________________.

2. The first-named defendant above is either

a. a citizen of the State of ____________________; or

b. a corporation incorporated under the laws of the State of ____________________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of ____________________; or

b. a corporation incorporated under the laws of the State of _______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☑ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):
42 USC Section 1983- Fourth Amendment, First Amernd-ment, unreasonable search and seizure and stopping em-ployment, which created financial pressure aimed against exposing their misconducts. Preceding an arrest.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

1. First Amendment. On 10/30/26, I was arrested for a reasonable delinquent motor vehicle contract owned by budget truck rental. The arrest was intentional, retaliatory and aimed at putting my USDOT-3974479 out of service. Essentially to end my business. And to prevent the acquisition of a proper counsel through economic coercion. A strategy of wearing me do-wn through financial exhaustion. And to suppress speech. PO Bogo's arrest was also meant to...

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

1. On October 30, 2024. I was arrested for a reasonable delinquent commercial motor vehicle

I want the court to invalidate the determinations of the inspection carried out on 10/30/24.

By KHP Brian Grunder. I want

I want a penalty under 18 USC section 242. to be applied.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Twenmty million dollars-$20,000,000.

For the time lost, risky arguments, retrogressive progress and severe financial pressure

This will compensate for the money I hoped to save for college tuition that is actual due now.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

This claim was presented to the FMCSA administrations unit in Kansas state on 05/06-
/2026. through the dataQs desk. And the result is pending documentation proof.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number ________________ and assigned to the Honorable Judge ______________________________.

[✓] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Anthony
Signature of Plaintiff

Anthony Ekeh
Name (Print or Type)

2688 Rice street
Address

Saint Paul, MN. 55113
City State Zip Code
(952)-688-9693
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { [X] Wichita, [ ] Kansas City , or [ ] Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

Anthony
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { [X] Yes or [ ] No }
(Select One)

Anthony
Signature of Plaintiff

Dated: 08/30/26
(Rev. 10/15)